# ALABAMA COURT OF CRIMINAL APPEALS



December 8, 2023

**CR-18-0973**
Wayne Holleman Travis v. State of Alabama.  (Appeal from Conecuh Circuit Court: CC-92-4.60).

## NOTICE

You are hereby notified that on December 8, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk